**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

UNITED STATES OF AMERICA,

                -against-

SHAWN KING,

                              Defendant.

------------------------------------------------------------x

ORDER

17 Crim. 38 (GBD)

GEORGE B. DANIELS, United States District Judge:

    A violation of supervised release hearing is scheduled for May 6, 2021 at 10:30 a.m.

Dated: March 22, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE