**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

SHAWN KING,

               Defendant.

------------------------------------- x

ORDER

17 Cr. 38 (GBD)

GEORGE B. DANIELS, District Judge:

The violation of supervised release hearing is adjourned from August 4, 2021 to September 7, 2021 at 10:30 a.m.

Dated: July 26, 2021
       New York, New York

SO ORDERED.

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE