UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA,

         -against-

SHAWN KING,

                        Defendant.
------------------------------------- x

ORDER

17 Crim. 38 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED AUG 0 3 2021

GEORGE B. DANIELS, United States District Judge:

    A violation of supervised release hearing is scheduled for August 17, 2021 at 11:00 a.m.

Dated: August 3, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE